■ The People of the State of New York, Respondent, v Salvatore Gianni, Appellant. (Appeal No. 2.) [942 NYS2d 850]— Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered August 20, 2008. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Gianni* (94 AD3d 1477 [2012]). Present—Smith, J.P., Fahey, Peradotto and Lindley, JJ.